CAMILLE GEARY, Respondent, v. JOHN RICHARD GEARY, Appearing Specially, Appellant.— Order affirmed, with ten dollars costs and disbursements, without

---

* Modfd., 261 N. Y. 221.     † Revd., 261 N. Y. 150.

prejudice to motion to open defaults on motions for alimony and sequestration. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.